**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1806**

SAIED EMAMI,

        Plaintiff - Appellant,

    v.

JIM BRIDENSTINE, Administrator of the National Aeronautics and Space
Administration,

        Defendant - Appellee,

    and

KENNETH E. ROCK, Individually; UNITED STATES OF AMERICA,

        Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at
Norfolk.  John A. Gibney, Jr., District Judge.  (2:15-cv-00034-JAG-DEM)

Submitted:  November 15, 2018           Decided:  November 19, 2018

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Saied Emami, Appellant Pro Se.  Virginia Lynn Van Valkenburg, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saied Emami appeals the district court's order construing his untimely amended Fed. R. Civ. P. 59(e) motion as a Fed. R. Civ. P. 60(b) motion and denying it for failure to establish a reason for reconsideration. On appeal, we confine our review to the issues raised in Emami's brief. *See* 4th Cir. R. 34(b). Because Emami's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*